United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LANDRY'S, INC., AS SUCCESSOR IN INTEREST TO LANDRY'S MANAGEMENT, LP,** § § § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 4:18-CV-02679 |
| **THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,** § § § § | |
| Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by email that all claims pending in this lawsuit have reached a settlement. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 3rd day of August, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE